UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YANETH ROSARIO POUBLANC AYALA MIRALDA, ET AL | CIVIL ACTION NO.: 11-1170 |
| VERSUS | ADMIRALTY RULE 9(h) |
| TIDEWATER, INC., ET AL | SEC.: " L "   MAG.: ( 2 ) |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Yaneth Rosario Poublanc Ayala Miralda, individually and on behalf of her minor child Cathrine Lillieth Poublanc Ayala, Janeth Shanik Poublanc Ayala, Annie Bessy Poublanc Ayala, and Edgardo Lex Poublanc Ayala, for the purpose of amending and supplementing the previous Complaint attached.

1.

Plaintiffs supplement and amend their previous Complaint as set forth below.

2.

Plaintiffs substitutes as defendant herein Tidewater Marine International, Inc. in the place of defendant Tidewater Egypt, Inc.

3.

Upon information and belief, Tidewater Marine International, Inc. is the proper party defendant for the liabilities of defendant, Tidewater Egypt, Inc. which are alleged in the Original Complaint.

**WHEREFORE**, plaintiffs, YANETH ROSARIO POUBLANC AYALA MIRALDA, an adult of the age of majority, in her own right as surviving widow of Edgardo Poublanc Munoz ("Decedent"), and as mother of CATHRINE LILLIETH POUBLANC AYALA, surviving minor daughter of Decedent, as well as his adult daughter JANETH SHANIK POUBLANC AYALA, his adult daughter ANNIE BESSY POUBLANC AYALA, and his adult son EDGARDO LEX POUBLANC AYALA, pray that after due proceedings are had that there be judgment entered in her favor and against the defendants, TIDEWATER, INC., TIDEWATER CREWING, LTD., and TIDEWATER MARINE INTERNATIONAL, INC., D/B/A TIDEWATER MARINE EGYPT, for special and general damages in an amount according to proof, for interest on all damages in the legal amount from the date of judicial demand, for exemplary and punitive damages, for damages for funeral and burial expenses, and for all costs of these proceedings, as well as such other and further relief as the court may deem proper, in an amount that is reasonable in the premises.

    Respectfully submitted,

    *s/Jeremiah A. Sprague*
Timothy J. Falcon, #16909
Email: tim@falconlaw.com
Jeremiah A. Sprague, #24885
Email: jerry@falconlaw.com
Falcon Law Firm
5044 Lapalco Boulevard
Marrero, LA   70072
Telephone:   (504) 341-1234
Facsimile:    (504) 341-8115

**PLEASE SERVE:**

Tidewater, Inc.,
Tidewater Egypt, Inc. and
Tidewater Crewing, Ltd.
Through their Attorney of Record
Miles P. Clements, Esq.
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

*Via Hague Convention*
Tidewater Marine International, Inc.
Through is agent for service of process:
Caledonian (Trust) Cayman Ltd.
69 Roy's Drive
P.O. Box 1403
Grand Cayman KY1-1102
Cayman Islands, B.W.I.